AGNES B. LYONS, Appellant, v. HARRY S. LYONS, Respondent.— Order reversed,

with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.